Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Gloria Taddei |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania (Philadelphia) |
| Case number | 17-15877 |

**Official Form 410S1**
# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1

**Last 4 digits** of any number you use to identify the debtor's account: 5071

**Court claim no.** (if known): 

**Date of payment change:** 11/01/2017
Must be at least 21 days after date of this notice

**New total payment:** $3,968.98
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____   New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No

☑ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

| | | | |
|---|---|---|---|
| Current interest rate: | 8.375% | New interest rate: | 8.5% |
| Current principal and interest payment: | $3,219.23 | New principal and interest payment: | $3,246.19 |

Official Form 410S1                  **Notice of Mortgage Payment Change**                  page 1

890347-5d4d4273-307a-48bb-9848-bdf54e659a24-

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____   New mortgage payment: _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Robert Phifer Jr                         Date 09/14/2017
Signature

Print: Robert Phifer Jr                        Title  Assistant Vice President
       First Name  Middle Name  Last Name

Company  Bank of America, N.A.                 Specific Contact Information:
Address   16001 N. Dallas Pkwy                 Phone: 214-209-8475
          Addison, TX 75001                    Email: robert.phifer@bankofamerica.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

Chapter 13 No. 17-15877
Judge: Judge Jean K. FitzSimon

In re:

Gloria Taddei

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid: |
| | Gloria Taddei<br>33 Fairlamb Avenue<br>Havertown, PA 19083-2845 |
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid: |
| | HARRY J. GIACOMETTI<br>Flaster/Greenberg, P.C.<br>1835 Market Street<br>Suite 1050<br>Philadelphia, PA 19103 |
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid: |
| | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 |

/s/ Bruce Bertrand

4 S Technologies, LLC
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101
Mountainside, NJ 07092
(908) 588-9639
brucebertrand@4stechnologies.com

890347-d90c8169-8693-4856-a11c-0289668ea00b-



Special Loan Servicing, CA6-914-01-4
27123
TAMPA, FL 33623-7123

**Date:** August 17, 2017

**Loan number:** ▇▇▇▇▇

**Property Address:**
14 SOUTH MADISON AVE
MARGATE, NJ 8402

GLORIA TADDEI
33 FAIRLAMB AVE
HAVERTOWN       PA 19083

# Changes to Your Mortgage Interest Rate and Payments on October 1, 2017

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on October 1, 2017, so on that date your interest rate and mortgage payment change. After that, your interest rate may change semi-annually for the rest of your loan term.**

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 8.375% | 8.500% |
| **Total Monthly Payment** | $3,933.40 | $3,960.36 <br> **(due November 1, 2017)** |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin," and then rounding the sum of the index and the margin to the nearest 0.1250%. Under your loan agreement, your index rate is 6-Month LIBOR and your margin is 6.990%. The 6-Month LIBOR index is published daily in Wall Street Journal.

**Rate Limit[s]:** Your rate cannot go higher than 14.350% or lower than 7.350% over the life of the loan.  Your rate can change each adjustment by no more than 1.5000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment.  Your new payment is based on the 6-Month LIBOR index, your margin, and then rounding the sum of the index and the margin to the nearest 0.1250%, your loan balance of $354,198.20 and your remaining loan term of 210 months.  Your Total Monthly Payment set forth above includes escrow [Taxes and Insurance].

**Prepayment Penalty:** None

We're pleased to serve your home loan needs and it's our continued goal to provide you with the highest level of customer satisfaction.  If you have any questions concerning this notice, please don't hesitate to call us at 800-669-6607 Monday through Friday, 7 a.m. to 7 p.m. local time.  If you need additional information or assistance, you can contact us online any time. Simply log on to your account at www.bankofamerica.com and Select 'Message Center.' With your online account, you will also have access to many other convenient services, such as: updating your account information, viewing current and historical monthly statements, and much more.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

Case 17-15877-jkf    Doc 7    Filed 09/14/17    Entered 09/14/17 15:07:40    Desc Main
Document      Page 7 of 7