**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :Chapter 13
**Gloria Taddei**

  (DEBTOR)                                         :Bankruptcy No. 17-15877JKF

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly withdraw my appearance on behalf of the above-referenced debtor.

DATE: September 20, 2017                Respectfully submitted,

                                        _____s/_____
                                        HARRY J. GIACOMETTI
                                        Flaster/Greenberg, P.C.
                                        1835 Market Street, STE. 1050
                                        Philadelphia, PA  19103
                                        (215) 587-5680

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of the above-referenced debtor.

DATE: September 20, 2017

                                        By_____/S/_____
                                           MICHAEL A. CATALDO, ESQUIRE
                                           Cibik & Cataldo P.C.
                                           1500 WALNUT STREET, STE. 900
                                           Philadelphia, PA  19106
                                           (215) 735-1060