**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GLORIA TADDEI | | |
| DEBTOR | : | BKY. NO. 17-15877jkf |

O R D E R

AND NOW, this _____ day of _____, 2017 upon consideration of Debtor's Application for an Extension of Time to file Chapter **13 Schedules**.

It is Ordered that the Motion is Granted. Debtor has until **10/3/17** to file the necessary Schedules, Plan, Statement of Financial Affairs and Means Test in the above-captioned matter.

By the Court: _____

Hon. Jean K. FitzSimon
U.S. Bankruptcy Court Judge

**Date: September 20, 2017**

cc:   Michael A. Cataldo, Esquire
      1500 Walnut Street, Ste 900
      Philadelphia, PA 19102

      William C. Miller, Trustee
      P.O. Box 1229
      Philadelphia, PA 19105