**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Gloria Taddei | : | |
| DEBTOR | : | BKY. NO. :17-15877 |
| Gloria Taddei | : | |
| Plaintiff | | |
| vs. | : | ADV. NO. |
| Bank of America | : | |
| Defendant | | |

**COMPLAINT TO DETERMINE SECURED STATUS PURSUANT TO 11 U.S.C 506**

1. Debtor filed for protection under Chapter 13 on August 31, 2017.
2. Debtor owns an investment or rental property known as 14 South Madison Avenue, Margate, NJ with a fair market value of $433,846. Exhibit A.
3. Debtor has a mortgage on this non- residential property with Bank of America in excess of $900,000
4. Debtor seeks an order determining the secured portion of the mortgage claim to be $433,846.

WHEREFORE, pursuant to the 11 USC 506 Debtor seeks an order determining the secured claim to be $433,846.

Respectfully submitted,

Date: **October 2, 2017**          BY: /s/ Michael A. Cataldo
MICHAEL A. CATALDO, ESQUIRE
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA  19102
215-735-1060/fax 215-735-6769