# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| GLORIA TADDEI | : Case No. 17-15877 (MDC) |
| Debtor. | : |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certify as follows:

1. The Debtor's Motion to Convert Case to Chapter 11 Pursuant to 11 U.S.C. § 1307(d) (the "Motion") [Docket No.27] was filed on December 6, 2017.

2. The Motion and Notice of Motion, Response Deadline, and Hearing Date (the "Notice") [Docket No. 28] were sent to all parties entitled to notice, as reflected in the Certificate of Service filed with the Motion and Notice.

3. As of the date hereof, undersigned counsel has not received any responses to the Motion. A review of the docket in this case reflects that no responses have been filed.

4. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully request that this Court enter the Order attached to the Motion.

Date: December 21, 2017        **FLASTER/GREENBERG, P.C.**

By:   /s/ *Harry J. Giacometti*
      Harry J. Giacometti, Esquire
      Damien Nicholas Tancredi, Esquire
      1835 Market Street, Suite 1050
      Philadelphia, PA 19103
      Tel: (215) 279-9383
      *Proposed Counsel to the Debtor*

1

6529130 v1