IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| GLORIA TADDEI | : | Case No. 17-15877 (MDC) |
| | : | |
| Debtor. | : | |

## ORDER

And now this _4th_ day of _January_, 2018, upon consideration of the Debtor's Motion to Convert Case to Chapter 11 Pursuant to 11 U.S.C. §1307(d), it is hereby

ORDERED that the Debtor's motion is GRANTED and the Debtor's case is hereby converted to a case under Chapter 11 of Title 11 of the United States Code.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Copy Sent To:

Harry J. Giacometti, Esquire
Damien Nicholas Tancredi, Esquire
Flaster/Greenberg, P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

6509543 v1