UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| GLORIA TADDEI | Case No. 17-15877 (MDC) |
| Debtor. | |

## COMPENSATION STATEMENT OF FLASTER/GREENBERG, P.C., ATTORNEYS FOR THE DEBTOR, PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Bankruptcy Rule 2016(b), states as follows:

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the proposed attorney for the above-named debtor and that compensation paid to me on or within 90 days prior to January 4, 2018, the date the Court entered an Order converting the case from chapter 13 to one under chapter 11 of the Bankruptcy Code (the "Conversion Date"), or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the Debtor's chapter 11 bankruptcy case is as follows:

    (a) For legal services, we have agreed to bill the Debtor at our standard hourly rates set forth in the Verified Statement of Damien Nicholas Tancredi, submitted in connection with the application to employ the firm.

    (b) In connection with its retention of FG, the Debtor has paid FG the following amounts: (i) on December 8, 2017, the Debtor paid a fee retainer of $2,500.00; and (ii) on December 15, 2017, the Debtor paid a fee retainer of $2,500.00. The aforementioned pre-

6551934 v1

Conversion Date fee retainer payments were utilized to satisfy pre-Conversion Date attorneys' fees and costs in the amount of $6,389.00. Accordingly, there is a retainer balance of $0.00.

      (c)    There is a pre-Conversion Date balance due in the amount of $1,389.00.

2. The source of the compensation paid to us was John Taddei, the Debtor's son.

3. The source of compensation to be paid to us is from the Debtor or the Debtor's son.

4. We have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, we have agreed to render legal services to the Debtor as set forth in the Debtor's Application to Employ Flaster/Greenberg, P.C., filed January 12, 2018.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to us for representation of the Debtor in this bankruptcy proceeding.

                               FLASTER/GREENBERG, P.C.

Date: January 12, 2018

By: */s/ Damien Nicholas Tancredi*
Damien Nicholas Tancredi, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 587-5675
Fax: (215) 279-9394
damien.tancredi@flastergreenberg.com
Proposed counsel to the Debtor

6551934 v1