UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| GLORIA TADDEI | Case No. 17-15877 (MDC) |
| Debtor. |  |

**ORDER GRANTING APPLICATION TO EMPLOY
<u>FLASTER/GREENBERG, P.C. AS DEBTOR'S COUNSEL</u>**

AND NOW, this _7th_ day of _February_, 2018, upon consideration of the Application To Employ Flaster/Greenberg, P.C. as Debtor's Counsel Pursuant to Section 327 of the United States Bankruptcy Code and Bankruptcy Rule 2014 *Nunc Pro Tunc* to January 4, 2018 (the "Application"), the Court having concluded that the employment of Flaster/Greenberg, P.C. is necessary and is in the best interests of the Debtor and its estate, the Court being satisfied that Flaster/Greenberg, P.C. represents no interest adverse to the Debtor's estate with respect to matters as to which it is to be engaged, that Flaster/Greenberg, P.C. is disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause appearing therefor, it is

ORDERED AND DECREED that

1. The Application is APPROVED.

2. The Debtor is hereby authorized to employ Flaster/Greenberg, P.C. effective as of January 4, 2018, pursuant to the terms more fully set forth in the

6550506 v1

Application, and Flaster/Greenberg, P.C. may receive such compensation as is approved by this Court upon application after notice and opportunity for hearing.

_____
Honorable Magdeline D. Coleman
United States Bankruptcy Court