United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gloria Taddei
    Debtor

Case No. 17-15877-mdc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Feb 07, 2018
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db        Gloria Taddei,   33 Fairlamb Avenue,   Havertown, PA 19083-2845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:

      DAMIEN NICHOLAS TANCREDI   on behalf of Attorney   Flaster/Greenberg P.C.
       Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
      DAMIEN NICHOLAS TANCREDI   on behalf of Debtor Gloria   Taddei
       Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
      DAMIEN NICHOLAS TANCREDI   on behalf of Plaintiff Gloria   Taddei
       Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
      KEVIN G. MCDONALD   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 KMcDonald@blankrome.com
      KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
      MATTEO SAMUEL WEINER   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2   on behalf of Plaintiff Gloria   Taddei ecf@ccpclaw.com, cataldomr70146@notify.bestcase.com
      MICHAEL A. CATALDO2   on behalf of Debtor Gloria   Taddei ecf@ccpclaw.com, cataldomr70146@notify.bestcase.com
      MICHAEL A. CIBIK2   on behalf of Debtor Gloria   Taddei ecf@ccpclaw.com, cibikmr70146@notify.bestcase.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                           TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| GLORIA TADDEI | Case No. 17-15877 (MDC) |
| Debtor. | |

## ORDER GRANTING APPLICATION TO EMPLOY
## FLASTER/GREENBERG, P.C. AS DEBTOR'S COUNSEL

AND NOW, this 7th day of February, 2018, upon consideration of the Application To Employ Flaster/Greenberg, P.C. as Debtor's Counsel Pursuant to Section 327 of the United States Bankruptcy Code and Bankruptcy Rule 2014 *Nunc Pro Tunc* to January 4, 2018 (the "Application"), the Court having concluded that the employment of Flaster/Greenberg, P.C. is necessary and is in the best interests of the Debtor and its estate, the Court being satisfied that Flaster/Greenberg, P.C. represents no interest adverse to the Debtor's estate with respect to matters as to which it is to be engaged, that Flaster/Greenberg, P.C. is disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause appearing therefor, it is

ORDERED AND DECREED that

1. The Application is APPROVED.

2. The Debtor is hereby authorized to employ Flaster/Greenberg, P.C. effective as of January 4, 2018, pursuant to the terms more fully set forth in the

6550506 v1

Application, and Flaster/Greenberg, P.C. may receive such compensation as is approved by this Court upon application after notice and opportunity for hearing.

*Magdeline D. Coleman*

Honorable Magdeline D. Coleman
United States Bankruptcy Court

6550506 v1