United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gloria Taddei  
    Debtor

Case No. 17-15877-mdc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Mar 12, 2018  
                               Form ID: pdf900     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.

```
db              Gloria Taddei,    33 Fairlamb Avenue,    Havertown, PA 19083-2845
aty            +ASHLEY ALBINO,    Robertson Anschutz & Schneid PL,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
cr             +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr             +Nationstar Mortgage LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton,, FL 33487-2853
cr              Quantum3 Group LLC as agent for,    Department Store National Bank,    PO Box 657,
                 Kirkland, WA 98083-0657
13994555        BANK OF AMERICA,    PO BOX 31690,    TAMPA FLORIDA 33631-3690
13994556        CHAMPION MORTGAGE,    PO Box619093,    Dallas TX 75261-9093
14029092        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13994561       +ENVIRONMENTAL RECYCLING CORP INC,    720 PINE RIDGE RD,    MEDIA PA 19063-1720
13994562       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13994563       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13983445       +HSBC BANK USA, NATIONAL ASSOCIATION,,    FOR NOMURA HOME EQUITY LOAN 2005-FM1,
                 c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13977852       +HSBC Bank,    PO Box 81622,    Salinas, CA 93912-1622
14008186        HSBC Bank USA, National Association,    c/o Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
13994565       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13977853       +McCabe Weisberg & Conway PC,    123 South Broad Street, Suite 1400,    Philadelphia PA 19109-1060
13994566       +McCabe, Weisberg & Conway,    123 South Broad Street,    Suite 1400,
                 Philadelphia, PA 19109-1060
14047699       +NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO,    8950 Cypress Waters Blvd.,
                 Coppell  TX 75019-4620
13977854       +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13977855       +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    PO Box 660360,
                 Dallas, TX 75266-0360
13994567        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13994569       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13977856        Parker McCay,    900 Midlantic Avenue,    Suite 300,    Mount Laurel, NJ 08054
13994572       +SUNBRIDGE CAPITAL INC,    6300 NAIL AVE,    MISSION KS 66202-4335
13994573       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13977857       +Visa Dept Store National Bank,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Mar 13 2018 02:04:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: cio.bncmail@irs.gov Mar 13 2018 02:03:55     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2018 02:04:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2018 02:04:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13994559        E-mail/Text: bankruptcy@phila.gov Mar 13 2018 02:04:34     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13994560        E-mail/Text: bankruptcy@phila.gov Mar 13 2018 02:04:34     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
13994557       +E-mail/Text: ecf@ccpclaw.com Mar 13 2018 02:03:53     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14054225       +E-mail/Text: bankruptcygroup@peco-energy.com Mar 13 2018 02:03:58     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13994568        E-mail/Text: bankruptcygroup@peco-energy.com Mar 13 2018 02:03:58     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
                                                                                                TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13994570         RICHARD NEGRO
13994571         STACEY K TADDEI
13994558*       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13994564*        I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett            Page 2 of 2            Date Rcvd: Mar 12, 2018
                              Form ID: pdf900            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
              DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Gloria  Taddei
               Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Plaintiff Gloria  Taddei
               Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Attorney   Flaster/Greenberg P.C.
               Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 KMcDonald@blankrome.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES,
               SERIES 2005-FM1 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Gloria  Taddei ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Gloria  Taddei ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Gloria  Taddei ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                               :        Chapter 11
                                                     :
GLORIA TADDEI                                        :
                                                     :
                                                     :
            Debtor                                   :        Bankruptcy No.: 17-15877 (MDC)

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Acting United States Trustee has filed a **Motion to Convert or Dismiss Case** with the Court.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **twenty-one days from date of service**, you or your attorney must do all of the following:

   (a)   file an answer explaining your position at:

   U.S. Bankruptcy Court, Eastern District of Pennsylvania
   900 Market Street, Suite 400
   Philadelphia, PA  19107-4299

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the movant's attorney:

   Kevin P. Callahan, Trial Attorney
   Office of the U.S. Trustee
   833 Chestnut Street, Suite 500
   Philadelphia, PA  19107
   (215) 597-4411 fax (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **April 4, 2018, at 11:00 a.m., in Courtroom #2,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4299.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.
Date:  March 6, 2018