**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:  :  Chapter 11
:
GLORIA TADDEI  :
:  Case No. 17-15877 (MDC)
Debtor.  :

## STATEMENT THAT UNSECURED CREDITORS COMMITTEE HAS NOT BEEN APPOINTED

TO:  THE CLERK OF THE BANKRUPTCY COURT

(  ) As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  ) Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

(  ) Insufficient response to the United States Trustee communication/contact for service on the committee.

( X ) No unsecured creditor interest to serve.

(  ) Non-operating debtor-in-possession — No creditor interest.

(  ) Application to convert to Chapter 7 or to dismiss pending.

(  ) Converted or dismissed.

ANDREW R. VARA
Acting United States Trustee
Region 3

*/s/ Kevin P. Callahan for*
FREDERIC J. BAKER
Assistant United States Trustee

DATED: April 19, 2018
Attorney Assigned to Case:  Kevin P. Callahan, Esquire
cc:  Attorney for Debtor: Michael A. Cataldo, Esquire

Created 01/23/12