UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>GLORIA TADDEI<br><br>Debtor. | CHAPTER 11<br><br>Case No. 17-15877 (MDC)<br><br>**Re: Docket Nos. 54 and 57** |

## CERTIFICATE OF NO RESPONSE OR OBJECTION

The undersigned, counsel for the above-captioned Debtor, certifies as follows:

1. On June 19, 2018, the Debtor's Motion for Approval of Debtor's Disclosure Statement, Form of Ballot and Letter of Transmittal (the "Motion") was filed and served on the parties listed on the attached Certificate of Service.

2. On June 20, 2018, the Notice of Motion, Response Deadline and Hearing Date was filed and served on all parties listed on the attached Certificate of Service.

3. Any answers, objections or responses to the Motion were due on or before July 11, 2018.

4. To date, the undersigned has not been served with any answer, objection or other response to the Motion, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection or response to the Motion been filed with the Court.

5. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Motion.

FLASTER/GREENBERG, P.C.

Date: July 13, 2018

By: */s/ Damien Nicholas Tancredi*
Damien Nicholas Tancredi, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 587-5675
Fax: (215) 279-9394
damien.tancredi@flastergreenberg.com
Counsel to the Debtor

6808286 v1