**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re Glorida Taddei                    Case No. 17-15877
                                        Reporting Period: March 2018

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
|    Schedule of Professional Fees Paid | MOR-1b | x | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
|    Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

*/s/ Gloria Taddei*                              7/17/2018
_____          _____
Signature of Debtor                              Date


_____          _____
Signature of Joint Debtor                        Date


_____          _____
Signature of Authorized Individual*              Date


_____          _____
Printed Name of Authorized Individual            Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

**In re Gloria Taddei**                                                       Case No. 17-15877
        Debtor                                                            Reporting Period: March 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) . Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $4,867.18 | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE OF ASSETS | | | | | | | | |
| OTHER (ATTACH LIST) | $9,173.10 | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | | | | | | |
|  | | | | | | | | |
| TOTAL RECEIPTS | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER (ATTACH LIST) | $12,533.99 | | | | | | | |
|  | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
|  | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | $12,533.99 | | | | | | | |
| NET CASH FLOW | -$3,360.89 | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | $1,506.29 | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
| --- | --- |
| **TOTAL DISBURSEMENTS** | $12,533.99 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $12,533.99 |

FORM MOR-1
(04/07)

In re Gloria Taddei  
          Debtor

Case No. 17-15877  
Reporting Period: March 2018

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

|  | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
|  | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | $1,506.29 | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| None | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| None | | | | | | | | |
| See Attached Bank Statement and Check Register | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1a  
(04/07)

| | In re Gloria Taddei | | | | Case No. 17-15877 |
|---|---|---|---|---|---|
| | Debtor | | | | Reporting Period: March 2018 |

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |

FORM MOR-1b
(04/07)

In re Gloria Taddei  
        Debtor

Case No. 17-15877  
Reporting Period.: March 2018

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less: Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | $12,533.99 | $14,037.25 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | $9,173.10 | $11,455.17 |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(04/07)

In re Gloria Taddei  
      Debtor

Case No. 17-15877  
Reporting Period: March 2018

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| Contributions from Son | $7,950.00 | $8,954.97 |
| Social Security | $1,223.10 | $2,446.20 |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| Assisted Living | $12,700.00 | $12,700.00 |
| Personal Care | $50.00 | $50.00 |
| Home Rennovation | $1,600.00 | $1,600.00 |
| Misc | $460.00 | $460.00 |
| Insurance | | $612.30 |
| Utility | | $348.16 |
| Food | | $36.84 |
| Charity | | $10.00 |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**  
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 CONT'D  
(04/07)

In re Gloria Taddei  
　　　　　　　　　　Debtor

Case No. 17-15877  
Reporting Period: March 2018

# BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $1,506.29 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | $1,000.00 | $1,000.00 |
| *TOTAL CURRENT ASSETS* | $2,506.29 | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $718,846.00 | $718,846.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | $8,600.00 | $8,600.00 |
| Leasehold Improvements | | |
| Vehicles | $3,825.00 | $3,825.00 |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $731,446.00 | $731,446.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $733,952.29 | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | $7,000.00 | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $ | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | $1,244,348.80 | $1,244,348.80 |
| Priority Debt | | |
| Unsecured Debt | $63,521.70 | $63,521.70 |
| *TOTAL PRE-PETITION LIABILITIES* | $1,307,870.50 | $1,307,870.50 |
| **TOTAL LIABILITIES** | $1,314,870.50 | $ |
| **OWNER EQUITY** | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | -$580,918.21 | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $733,952.29 | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3  
(04/07)

In re  
Debtor Gloria Taddei

Case No. 17-15877  
Reporting Period: March 2018

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Current Assets** | | |
| Jewelry | $1,000.00 | $1,000.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Assets** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **Other Postpetition Liabilities** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Adjustments to Owner Equity** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Postpetition Contributions (Distributions) (Draws)** | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D  
(04/07)

In re Gloria Taddei  
    Debtor

Case No. 17-15877  
Reporting Period: March 2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Debtor will pay arrears to mortgagee through agreement with mortgagee

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(04/07)

In re Gloria Taddei
        Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| **Accounts Receivable Aging** | **Amount** | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | x | |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

The Debtor has been operating using the normal pre-petition account.
The account listed is the Debtor's only account and is sparingly used.

FORM MOR-5
(04/07)

**Receipts**

| Date | Amount | Source |
|---|---|---|
| 3/2/2018 | $1,223.10 | Social Security |
| 3/12/2018 | $5,000.00 | Contribution from Son |
| 3/19/2018 | $950.00 | Contribution from Son |
| 3/30/2018 | $2,000.00 | Contribution from Son |

**TOTAL**        $9,173.10

**Disbursements**

| Debit Card | Amount | Payee | Purpose |
|---|---|---|---|
| 3/6/2018 | $300.00 | ATM Cash | Misc |
| 3/6/2018 | $20.00 | ATM Cash | Misc |
| 3/8/2018 | $612.30 | Healthinspreimum | Insurance |
| 3/8/2018 | $75.00 | Ocean Home Health | Healthcare |
| 3/14/2018 | $35.00 | Ocean Home Health | Healthcare |
| 3/14/2018 | $17.76 | Aqua Online | Utility |
| 3/19/2018 | $47.62 | Applebees | Food |
| 3/23/2018 | $121.00 | American Medical | Healthcare |
| 3/26/2018 | $15.31 | Atlantic City Electric | Utility |
| 3/27/2018 | $60.00 | ATM Cash | Misc |
| 3/30/2018 | $80.00 | ATM Cash | Misc |

| Checks | Amount | Number | Payee | Purpose |
|---|---|---|---|---|
| 3/15/2018 | $3,500.00 | 4241 | Sunrise of Haverford | Assisted Living |
| 3/13/2018 | $1,600.00 | 4244 | Mike Katrakazis | Home Rennovation |
| 3/15/2018 | $4,000.00 | 4245 | Sunrise of Haverford | Assisted Living |
| 3/26/2018 | $50.00 | 4247 | Sunrise of Haverford | Haircut |
| 3/30/2018 | $2,000.00 | 4243 | Sunrise of Haverford | Assisted Living |

**TOTAL**        $12,533.99

| Expense Category | |
|---|---|
| Assisted Living | $12,700.00 |
| Personal Care | $50.00 |
| Home Rennovation | $1,600.00 |
| Misc | $460.00 |



1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US259 BR520                      4    1

GLORIA TADDEI
33 FAIRLAMB AVE
HAVERTOWN            PA    19083-2845

Checking Account Statement

 OF  2

Beginning February 17, 2018
through March 16, 2018

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 4,585.81 |
| Checks | 9,150.00 - |
| Withdrawals & Debits | 1,130.69 - |
| Deposits & Credits | 6,308.10 + |
| Current Balance | 613.22 = |

GLORIA TADDEI
**One Deposit Checking**
620391-954-7

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on April 17, 2018.

**Previous Balance**

4,585.81

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 4238 | 50.00 | 02/21 | 4244* | 1,600.00 | 03/13 |
| 4241* | 3,500.00 | 03/15 | 4245 | 4,000.00 | 03/15 |

**Total Checks**

9,150.00

### Withdrawals & Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 03/06 | 300.00 | 6269 ATM Cash - MI6524 Giant Havertown, Havertown PA |
| 03/06 | 20.00 | 6269 ATM Cash - MI6524 Giant Havertown, Havertown PA |
| 03/08 | 75.00 | 6269 Dbt Purchase - 211816 Ocean Home Health 732-415-01 97 N |
| 03/14 | 35.00 | 6269 POS Debit - 500380 Ocean Home Health 732-415-01 97 NJ |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 02/20 | 1.41 | Aqua Online Pmt 180218 Aq03v9c8 |
| 02/27 | 69.22 | S.J.Gas Web_pay 022718 06142486021818 |
| 03/08 | 612.30 | Healthinspremium Edi Paymts 180308 Rspax0000686815 |
| 03/14 | 17.76 | Aqua Online Pmt 180313 Aq03yy4h |

**Total Withdrawals & Debits**

1,130.69

 **Citizens Bank**

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

 OF 2

Beginning February 17, 2018
through March 16, 2018

*Checking continued from previous page*

GLORIA TADDEI
**One Deposit Checking**
620391-954-7

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 02/26 | 85.00 | Deposit |
| 03/02 | 1,223.10 | SSA Treas 310 Xxsoc Sec 030218 184228808d SSA |
| 03/12 | 5,000.00 | Deposit |

**Total Deposits & Credits**
6,308.10

**Current Balance**
613.22

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/20 | 4,584.40 | 03/02 | 5,773.28 | 03/13 | 8,165.98 |
| 02/21 | 4,534.40 | 03/06 | 5,453.28 | 03/14 | 8,113.22 |
| 02/26 | 4,619.40 | 03/08 | 4,765.98 | 03/15 | 613.22 |
| 02/27 | 4,550.18 | 03/12 | 9,765.98 | | |

**NEWS FROM CITIZENS**

--Effective March 26, 2018 if you choose to store your debit card information with any third parties, we may also share updates to this information with these third parties (this only applies to third parties with whom you elect to share this information). Not all third parties participate in this update service. So, to ensure your debit card information is updated timely to prevent missed recurring payments, you should also update your debit card information directly with the third parties.
--Jump start your savings in 2018 with an easy way to save. Open a Citizens Bank savings account with any amount and pay yourself first with our Steady Save(R) service. Steady Save(R) helps you reach your goals faster by automatically transferring funds from your checking account to your savings or money market account, on a schedule that you set up and in an amount that fits your budget. For more information visit a branch or call 888-821-3900.
Member FDIC.

Member FDIC  Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement    $ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2    (=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance    (=) $ _____ Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

Citizens Bank
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**Deposit Accounts Are Non-Transferable**
Personal deposits accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

**Loan Statements**

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions about Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided above as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

### FINANCE CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Finance Charge**
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

**Calculating your Average Daily Balance**
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Negative Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

Citizens Bank is a division of Citizens Bank, N.A.
Citizens Bank of Pennsylvania is a separate bank and not part of Citizens Bank, N.A.
CS/CPOTZ01SL_470550  Rev. 1/27/15



**Citizens Bank**

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US259 BR520                          6   1

GLORIA TADDEI
33 FAIRLAMB AVE
HAVERTOWN               PA   19083-2845

Checking Account Statement

 OF  5

Beginning March 17, 2018
through April 17, 2018

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 613.22 |
| Checks | 2,163.36 - |
| Withdrawals & Debits | 1,162.96 - |
| Deposits & Credits | 4,173.10 + |
| Current Balance | 1,460.00 = |

GLORIA TADDEI
**One Deposit Checking**
620391-954-7

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on May 16, 2018.

**Previous Balance**
613.22

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 4243 | 2,000.00 | 03/30 | 4248 | 20.00 | 04/16 |
| 4246* | 50.00 | 04/16 | 4250* | 27.59 | 04/16 |
| 4247 | 50.00 | 03/26 | 4251 | 15.77 | 04/16 |

**Total Checks**
2,163.36

### Withdrawals & Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 03/19 | 47.62 | 6269 Dbt Purchase - 12 Applebees 99814983havertow PA |
| 03/23 | 121.00 | 6269 Dbt Purchase - 261007 American Medical R877-244-48 90 C |
| 03/27 | 60.00 | 6269 ATM Cash - MI6939 Haverford, Ardmore PA |
| 03/30 | 80.00 | 6269 ATM Cash - MI6939 Haverford, Ardmore PA |
| 04/02 | 249.64 | 6269 POS Debit - 281004 Comcast 800-Comcas T NJ |
| 04/03 | 23.26 | 6269 Dbt Purchase - 000049 Panera Bread #2039havertown PA |
| 04/03 | 55.00 | 6269 Dbt Purchase - 260040 Nike.Com 800-806-64 53 OR |
| 04/05 | 20.00 | 6269 ATM Cash - MI6524 Giant Havertown, Havertown PA |
| 04/05 | 23.33 | 6269 Dbt Purchase - 000049 Panera Bread #2039havertown PA |
| 04/06 | 31.80 | 6269 Dbt Purchase - 1 Colonial Village Mhavertown PA |
| 04/10 | 14.00 | 6269 Dbt Purchase - 221000 Rite Aid Store - Ohavertown PA |
| 04/10 | 47.66 | 6269 Dbt Purchase - 1 Colonial Village Mhavertown PA |
| 04/16 | 39.49 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |
| 04/16 | 14.00 | 6269 Dbt Purchase - 281001 Rite Aid Store - Ohavertown PA |
| 04/16 | 12.43 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |

**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 03/26 | 15.31 | Atlantic City El Utilitypmt 180326 55012105148 |
| 04/11 | 78.43 | Peco - Wallet Ac Bill Pay 180410 12799795111 |

Member FDIC   Equal Housing Lender

## Citizens Bank

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Checking Account Statement**

**2** of 5

Beginning March 17, 2018
through April 17, 2018

*Checking continued from previous page*

**Other Withdrawals & Debits (continued)**

| Date | Amount | Description |
|---|---|---|
| 04/11 | 16.80 | Aqua Online Pmt 180410 Aq0448dc |
| 04/16 | 213.19 | Encompass Ins Ins Pymt 041618 000000602598596 |

GLORIA TADDEI
One Deposit Checking
620391-954-7

Total Withdrawals & Debits
1,162.96

**Deposits & Credits**

| Date | Amount | Description |
|---|---|---|
| 03/19 | 950.00 | Deposit |
| 03/30 | 2,000.00 | Deposit |
| 04/03 | 1,223.10 | SSA Treas 310 Xxsoc Sec 040318 184228808d SSA |

Total Deposits & Credits
4,173.10

Current Balance
1,460.00

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/19 | 1,515.60 | 03/30 | 1,189.29 | 04/06 | 2,041.16 |
| 03/23 | 1,394.60 | 04/02 | 939.65 | 04/10 | 1,995.36 |
| 03/26 | 1,329.29 | 04/03 | 2,139.49 | 04/11 | 1,900.13 |
| 03/27 | 1,269.29 | 04/05 | 2,064.49 | 04/16 | 1,460.00 |

### NEWS FROM CITIZENS

The following message applies to Customers who entered into their Personal Deposit Account Agreement prior to December 1, 2013:

Attached is the Arbitration Agreement contained in your Personal Deposit Account Agreement. You have the right to cancel or opt out of this Arbitration Agreement if you notify us as set forth below, in writing, within 45 days of your receipt of this message:

Arbitration Agreement
This section constitutes the Arbitration Agreement between you and us.

READ THIS SECTION CAREFULLY AS IT WILL HAVE A SUBSTANTIAL IMPACT ON HOW LEGAL DISPUTES BETWEEN YOU AND US ARE RESOLVED. If you do not opt out, for a dispute subject to arbitration, neither you nor we will have the right to: (1) have a court or a jury decide the dispute; (2) engage in information-gathering (discovery) to the same extent as in court; (3) participate in a class action in court or in arbitration; or (4) join or consolidate a claim with claims of any other persons. Arbitration procedures are simpler and more limited than rules applicable in court. The decision of the arbitrator is generally final and binding.

You have the right to cancel or opt out of this Arbitration Agreement as set forth below.

Notwithstanding anything to the contrary contained in this Arbitration Agreement, if you are a "covered borrower" as defined under the Military Lending Act, you will continue to retain the rights set forth above and disputes may only be decided by arbitration at your election.

Special Definition of "We," "Us" and "Our"
Solely for purposes of this Arbitration Agreement, the terms "we," "us" and "our," in addition to the meanings set forth in this Personal Deposit Account Agreement (the "Account Agreement"), also refer to our employees, officers, directors, parents, agents, controlling persons, subsidiaries, affiliates, successors and assigns.

Binding Arbitration
If you have a dispute with us, and we are not able to resolve the dispute informally, you and we agree that upon demand by either you or us, the dispute will be resolved through the arbitration process as set forth in this part. A "claim" or "dispute," as used in this Arbitration Agreement, is any unresolved disagreement between you and us, arising from or relating in any way to the Account Agreement (including any renewals, extensions, addendums or modifications) or the deposit relationship between us. It includes any disagreement relating in any way to services, accounts or any other matters; to your use of any of our

Member FDIC  Equal Housing Lender

# Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

 3 of 5

Beginning March 17, 2018
through April 17, 2018

*Checking continued from previous page*

GLORIA TADDEI
One Deposit Checking
620391-954-7

### NEWS FROM CITIZENS (continued)

banking facilities; or to any means you may use to access your account(s). Any claims or disputes arising from or relating to the advertising of our services, the application for, or the approval or establishment of your account are also included. Claims are subject to arbitration, regardless of on what theory they are based, whether they seek legal or equitable remedies, or whether they are common law or statutory (federal or state) claims. Arbitration applies to any and all such claims or disputes, whether they arose in the past, may currently exist, or may arise in the future. Disputes include disagreements about the meaning, application or enforceability of this arbitration agreement.

**TRIAL WAIVER**
YOU AGREE THAT YOU AND WE ARE WAIVING THE RIGHT TO A JURY TRIAL AND TRIAL BEFORE A JUDGE IN A PUBLIC COURT. As the sole exception to this arbitration agreement, you and we retain the right to pursue in small claims court (or an equivalent state court) any dispute that is within that court's jurisdiction, so long as the disputes remain in such court and advance only an individual claim for relief. If either you or we fail to submit to binding arbitration of an arbitrable dispute following lawful demand, the party so failing shall bear all costs and expenses incurred by the other in compelling arbitration.

**CLASS ACTION AND CLASS ARIBITRATION WAIVER**
NEITHER YOU NOR WE SHALL BE ENTITLED TO JOIN OR CONSOLIDATE DISPUTES BY OR AGAINST OTHERS IN ANY COURT ACTION OR ARBITRATION, OR TO INCLUDE IN ANY COURT ACTION OR ARBITRATION ANY DISPUTE AS A REPRESENTATIVE OR MEMBER OF A CLASS, OR TO ACT IN ANY ARBITRATION IN THE INTEREST OF THE GENERAL PUBLIC OR IN A PRIVATE ATTORNEY GENERAL CAPACITY, UNLESS THOSE PERSONS ARE JOINT ACCOUNT OWNERS OR BENEFICIARIES ON YOUR ACCOUNT. This is so whether or not the claim has been assigned.

**Arbitration Procedures**
You or we may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has been previously commenced.

Each arbitration, including the selection of the arbitrator(s) shall be administered by the American Arbitration Association (AAA), or JAMS according to such forum's rules and procedures. You may obtain a copy of the arbitration rules for these forums, as well as additional information about initiating arbitration by contacting these arbitration forums:

American Arbitration Association
1-800-778-7879 (toll-free)
Website: adr.org

JAMS
1-800-352-5267 (toll-free)
Website: jamsadr.com

In the event that JAMS or the AAA is unable to handle the dispute for any reason, then the matter shall be arbitrated instead by a neutral arbitrator selected by agreement of the parties pursuant to the AAA rules of procedure; or, if the parties cannot agree, selected by a court in accordance with the Federal Arbitration Act (Title 9 of the United States Code) ("FAA")). To the extent that there is any variance between the selected forum's rules and this Arbitration Agreement, this Arbitration Agreement shall control.

If you initiate the arbitration, you must notify us in writing at:

Citizens Bank
PO Box 6067
Providence, RI 02940-6067

If we initiate the arbitration, we will notify you in writing at your last known address in our file.

The arbitration shall take place in the federal judicial district in which you reside, unless the parties agree to a different location in writing. Arbitrators must be members of the state bar where the arbitration is held, with expertise in the substantive laws applicable to the subject matter of the dispute. No arbitrator or other party to an

Member FDIC  Equal Housing Lender

# ✳ Citizens Bank

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Checking Account Statement**

 OF 5

Beginning March 17, 2018
through April 17, 2018

---

*Checking continued from previous page*

GLORIA TADDEI
**One Deposit Checking**
620391-954-7

## NEWS FROM CITIZENS (continued)

arbitration proceeding may disclose the existence, content or results thereof, except for disclosures of information by a party required in the ordinary course of its business or by applicable law or regulation.

The arbitrator will follow applicable substantive law to the extent it is consistent with the FAA. The arbitrator will give effect to the applicable statutes of limitation and will dismiss barred claims. In addition, you or we may submit a written request to the arbitrator to expand the scope of discovery normally allowable. At the timely request of either you or us, the arbitrator must provide a brief written explanation of the basis for the award. A judgment on the award may be entered by any court having jurisdiction. You and we agree that in our relationship arising from this Account Agreement: (1) the parties are participating in transactions involving interstate commerce; (2) the arbitrator shall decide any dispute regarding the enforceability of this arbitration agreement; and (3) this arbitration agreement and any resulting arbitration are governed by the provisions of the FAA, and, to the extent any provision of that act is inapplicable or unenforceable, the laws of the state that govern the relationship between you and us.

No arbitrator shall have authority to entertain any dispute on behalf of a person who is not a named party, nor shall any arbitrator have authority to make any award for the benefit of, or against, any person who is not a named party.

### Arbitration Costs

The party initiating the arbitration (or appeal of the first arbitration award) shall pay the initial filing fee. If you file the arbitration and an award is rendered in your favor, we will reimburse you for your filing fee. If there is a hearing, we will pay the fees and costs for the first day of that hearing. All other fees and costs will be allocated in accordance with the rules of the arbitration forum. However, we will advance or reimburse filing and other fees if the arbitrator rules that you cannot afford to pay them or finds other good cause for requiring us to do so; or if you ask us in writing and we determine in good faith there is a justifiable reason for doing so. Each party shall bear the expense of their respective attorneys, experts, and witnesses and other expenses, regardless of who prevails, but the arbitrator will have the authority to award attorneys and expert witness fees and costs to the extent permitted by the Account Agreement, the forum's rules or applicable law.

### Arbitration Award and Appeal

The arbitrator's award shall be final and binding on all parties, except for any right of appeal provided by the FAA. However, any party can, within 30 days after the entry of the award by the arbitrator, appeal the award to a three-arbitrator panel administered by the forum. The panel shall reconsider anew all factual and legal issues, following the same rules of procedure and decide by majority vote. Reference in this Arbitration Agreement to "the arbitrator" shall mean the panel if an appeal of the arbitrator's decision has been taken. The costs of such an appeal will be borne in accordance with the above paragraph entitled "Arbitration Costs." Any final decision of the appeal panel is subject to judicial review only as provided under the FAA.

### Severability and Survival

If any part of this Arbitration Agreement, other than the Class Action Waiver, is deemed or found to be unenforceable for any reason, the remainder shall be enforceable. The Class Action Waiver is non-severable and if it is deemed or found to be unenforceable for any reason, the whole Arbitration Agreement shall be void and null. This Arbitration Agreement shall survive the closing of your account and the termination or modification of any relationship between us.

### Notice and Cure; Special Payment

Prior to initiating an arbitration, you may give us a written Claim Notice describing the basis of your claim and the amount you would accept in resolution of the Claim, and a reasonable opportunity, not less than thirty (30) days, to resolve the claim. Such a Claim Notice must be sent to us by certified mail, return receipt requested, at:

Citizens Bank
PO Box 6067
Providence, RI 02940-6067

Member FDIC  Equal Housing Lender

※ **Citizens Bank**

1-888-910-4100

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

 5 OF 5

Beginning March 17, 2018
through April 17, 2018

*Checking continued from previous page*

GLORIA TADDEI
One Deposit Checking
620391-954-7

**NEWS FROM CITIZENS (continued)**

This is the sole and only method by which you can submit a Claim Notice. If (1) you submit a Claim Notice in accordance with this Paragraph on your own behalf and not on behalf of any other party; (2) you cooperate with us by promptly providing the information we reasonably request; (3) we refuse to provide you with the relief you request; and (4) the matter then proceeds to arbitration and the arbitrator subsequently determines that you are entitled to such relief (or greater relief), you will be entitled to a minimum award of at least $3,000 (not including any arbitration fees and attorneys' fees and costs to which you will also be entitled). You should address all claims you have in a single Claim Notice and/or a single arbitration. Accordingly, this $3,000 minimum award is a single award that applies to all claims you have asserted or could have asserted in the arbitration, and multiple awards of $3,000 are not contemplated.

Collection Costs
You are liable for all amounts charged to your account, whether by offset, overdraft, lien or fees. If we take court action or commence an arbitration proceeding against you to collect such amounts, or if you elect arbitration of a collection action we have brought against you in court, you will also be liable for court or arbitration costs, other charges or fees, and reasonable attorneys' fees, should we prevail in such court action or arbitration. In the case of a joint account, each account owner is jointly and severally liable for all amounts charged to the account regardless of which owner incurred the charges to the account.

Rights Preserved
This Arbitration Agreement does not prohibit you or us from exercising any lawful rights or using other available remedies to preserve, or obtain possession of property; exercise self-help remedies, including setoff rights; or obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment or the appointment of a receiver by a court of competent jurisdiction.

Right to Cancel or Opt Out of This Arbitration Agreement
You may opt out of this Arbitration Agreement to resolve any claim or dispute by arbitration. To opt out of this Arbitration Agreement, you must send us written notice of your decision within forty-five (45) days of (i) the opening of your account, if your account was opened on or after December 1, 2013 or (ii) receipt of this notification, if your account was opened prior to December 1, 2013. Such notice must clearly state that you wish to cancel or opt out of the Arbitration Agreement section of this Account Agreement. It should include your name, address, account name, account number and your signature and must be mailed to:

Citizens Bank
PO Box 6067
Providence, RI 02940-6067

This is the sole and only method by which you can opt out of this Arbitration Agreement. Your exercise of the right to opt-out will not affect any remaining terms of this Account Agreement and will not result in any adverse consequence to you or your account. You agree that our business records will be final and conclusive evidence with respect to whether you cancelled or opted out of this arbitration agreement in a timely and proper fashion.

--Now is a great time to save! With the recently passed tax reform bill, many customers are finding some extra money in their paychecks. Set up an automatic transfer to have the extra amount deposited into a savings account. You'll be surprised how quickly it adds up and can make saving for a vacation, home improvement or even college that much easier. Visit your local branch, or call 888-821-3900 to get started! Member FDIC.

Member FDIC  Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement $ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2  (=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/Check No. | Amount | Date/Check No. | Amount |
|----------------|--------|----------------|--------|

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance  (=) $ _____ Total

Citizens Bank is a division of Citizens Bank, N.A.
Citizens Bank of Pennsylvania is a separate bank and not part of Citizens Bank, N.A.
CS/CRO/20151_/0556  Rev. 4/27/15

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

Citizens Bank
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**Deposit Accounts Are Non-Transferable**
Personal deposits accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

**Loan Statements**

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions about Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

**ELECTRONIC TRANSFERS**

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided above as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

**FINANCE CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Finance Charge**
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

**Calculating your Average Daily Balance**
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Negative Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*