# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| GLORIA TADDEI, | Case No. 17-15877 (mdc) |
| Debtor. | |

## ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT, VOTING MATERIALS, VOTING PROCEDURES AND NOTICE

A Disclosure Statement and Chapter 11 Plan having been filed by the above-captioned debtor, Gloria Taddei (the "Debtor") and a request for approval of plan voting procedures having been made to the Court; and

It having been determined after hearing on notice that the Debtor's Disclosure Statement contains adequate information in accordance with the requirements of Section 1125 of the Bankruptcy Code, and that the proposed voting materials and voting procedures meet with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure;

It is on this __18th__ day of __July__, 2018,

ORDERED, and notice is hereby given that:

1. The Debtor's Disclosure Statement is hereby APPROVED in its entirety.

2. The proposed voting procedures, and the proposed voting materials, consisting of a ballot and letter of transmittal, are hereby APPROVED in their entirety.

3. On or before __July 25, 2018__, as required by Federal Rule of Bankruptcy Procedure 3017(d), the Debtor shall serve by mail to all creditors, and other parties in interest, copies of the following: (a) the Chapter 11 Plan; (b) the Disclosure Statement; (c) this Order; (d)

6775599 v1

the ballot; (e) the letter of transmittal; and (f) an addressed envelope by which the ballot may be returned to the Debtor's counsel.

4. *August 27, 2018* is hereby set as the last date by which ballots must be received by counsel for the Debtor in order to be considered as acceptances or rejections of the Chapter 11 Plan.

5. In accordance with Federal Rule of Bankruptcy Procedure 3020(b)(1), *August 27, 2018* is fixed as the date on or before which any written objection to confirmation of the Chapter 11 Plan is required to be filed with the Bankruptcy Court and served upon counsel for the Debtor at the address set forth below.

6. The Debtor shall file its Report of Plan Voting with the Court on or before *September 4, 2018*.

7. The hearing on confirmation of the Debtor's Chapter 11 Plan shall be held in Courtroom No. 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107 on *September 25, 2018* at *11:00 a.m.*

BY THE COURT:

*Magdeline D. C*———
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

2

6775599 v1