United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15877-mdc
Gloria Taddei                                                             Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1              Date Rcvd: Jul 20, 2018
                             Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2018.
db              Gloria Taddei,    33 Fairlamb Avenue,    Havertown, PA 19083-2845
aty            +ASHLEY ALBINO,    Robertson Anschutz & Schneid PL,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
cr             +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr             +Nationstar Mortgage LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton,, FL 33487-2853
cr              Quantum3 Group LLC as agent for,    Department Store National Bank,    PO Box 657,
                 Kirkland, WA 98083-0657
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 21 2018 02:07:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: cio.bncmail@irs.gov Jul 21 2018 02:06:25     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2018 02:06:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2018 02:07:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2018 at the address(es) listed below:
              DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Gloria  Taddei
               Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Plaintiff Gloria  Taddei
               Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Attorney   Flaster/Greenberg P.C.
               Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES,
               SERIES 2005-FM1 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Gloria  Taddei ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Gloria  Taddei ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Gloria  Taddei ecf@ccpclaw.com, igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| GLORIA TADDEI, | Case No. 17-15877 (mdc) |
| Debtor. | |

### ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT, VOTING MATERIALS, VOTING PROCEDURES AND NOTICE

A Disclosure Statement and Chapter 11 Plan having been filed by the above-captioned debtor, Gloria Taddei (the "Debtor") and a request for approval of plan voting procedures having been made to the Court; and

It having been determined after hearing on notice that the Debtor's Disclosure Statement contains adequate information in accordance with the requirements of Section 1125 of the Bankruptcy Code, and that the proposed voting materials and voting procedures meet with the provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure;

It is on this __18th__ day of __July__, 2018,

ORDERED, and notice is hereby given that:

1. The Debtor's Disclosure Statement is hereby APPROVED in its entirety.

2. The proposed voting procedures, and the proposed voting materials, consisting of a ballot and letter of transmittal, are hereby APPROVED in their entirety.

3. On or before __July 25, 2018__, as required by Federal Rule of Bankruptcy Procedure 3017(d), the Debtor shall serve by mail to all creditors, and other parties in interest, copies of the following: (a) the Chapter 11 Plan; (b) the Disclosure Statement; (c) this Order; (d)

6775599 v1

the ballot; (e) the letter of transmittal; and (f) an addressed envelope by which the ballot may be returned to the Debtor's counsel.

4. *August 27, 2018* is hereby set as the last date by which ballots must be received by counsel for the Debtor in order to be considered as acceptances or rejections of the Chapter 11 Plan.

5. In accordance with Federal Rule of Bankruptcy Procedure 3020(b)(1), *August 27, 2018* is fixed as the date on or before which any written objection to confirmation of the Chapter 11 Plan is required to be filed with the Bankruptcy Court and served upon counsel for the Debtor at the address set forth below.

6. The Debtor shall file its Report of Plan Voting with the Court on or before *September 4, 2018*.

7. The hearing on confirmation of the Debtor's Chapter 11 Plan shall be held in Courtroom No. 2, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19107 on *September 25, 2018* at *11:00 a.m.*

BY THE COURT:

*Magdeline D. C—*
Honorable Magdeline D. Coleman
United States Bankruptcy Judge

2

6775599 v1