# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| GLORIA TADDEI | : | Case No. 17-15877 (MDC) |
| Debtor. | : | |
| | : | **Re: Docket Nos. 69, 70** |

## CERTIFICATE OF NO RESPONSE OR OBJECTION

The undersigned, counsel for the above-captioned Debtor, certifies as follows:

1. On August 22, 2018, the First Interim Application of Flaster/Greenberg P.C. for Compensation for Legal Services Rendered as Counsel for the Debtor and for Reimbursement of Expenses (the "Application") was filed.

2. The Application, together with the Notice of Application, were served on the parties entitled to notice, as reflected in the Certificate of Service attached to the Application.

3. Any answers, objections or responses to the Application were due on or before September 5, 2018.

4. To date, the undersigned has not been served with any answer, objection or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection or response to the Application been filed with the Court.

5. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

FLASTER/GREENBERG, P.C.

Date: September 7, 2018

By: */s/ Damien Nicholas Tancredi*
Damien Nicholas Tancredi, Esquire
1835 Market Street, Suite 1050
Philadelphia, PA 19103
Tel: (215) 587-5675
Fax: (215) 279-9394
damien.tancredi@flastergreenberg.com
Counsel to the Debtor

6878370 v1