**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re Glorida Taddei

**Case No. 17-15877**
**Reporting Period:** July 2018

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | x | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | x | | |
| Schedule of Professional Fees Paid | MOR-1b | x | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | x | | |
| Balance Sheet | MOR-3 | x | | |
| Status of Postpetition Taxes | MOR-4 | x | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | x | | |
| Listing of aged accounts payable | MOR-4 | x | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | x | | |
| Debtor Questionnaire | MOR-5 | x | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

*/s/ Gloria Taddei*                                          10/30/2018

_____                    _____
Signature of Debtor                                          Date


_____                    _____
Signature of Joint Debtor                                          Date


_____                    _____
Signature of Authorized Individual*                                          Date


_____                    _____
Printed Name of Authorized Individual                                          Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

In re Gloria Taddei                                                          Case No. 17-15877
                              Debtor                                          Reporting Period: July 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING  OF MONTH** | $2,261.51 | | | | | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | | | | | | | |
| ACCOUNTS RECEIVABLE | | | | | | | | |
| LOANS AND ADVANCES | | | | | | | | |
| SALE  OF  ASSETS | | | | | | | | |
| OTHER  (ATTACH LIST) | $1,723.10 | | | | | | | |
| TRANSFERS  (FROM  DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
|    **TOTAL  RECEIPTS** | | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| SALES, USE, & OTHER TAXES | | | | | | | | |
| INVENTORY PURCHASES | | | | | | | | |
| SECURED/ RENTAL/ LEASES | | | | | | | | |
| INSURANCE | | | | | | | | |
| ADMINISTRATIVE | | | | | | | | |
| SELLING | | | | | | | | |
| OTHER  (ATTACH  LIST) | $2,334.38 | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | | | | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | $2,334.38 | | | | | | | |
| | | | | | | | | |
| **NET CASH FLOW** | -$611.28 | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | $1,650.23 | | | | | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 2334.38 |
|    LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
|    PLUS:   ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 2334.38 |

In re Gloria Taddei

Debtor

Case No. 17-15877

Reporting Period: July 2018

## BANK RECONCILIATIONS

### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | $1,650.23 | | | | | | | |
| | | | | | | | | |
| BANK BALANCE | | | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| None | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| None | | | | | | | | |
| | | | | | | | | |
| See Attached Bank Statement and | | | | | | | | |
| Check Register | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re Gloria Taddei                                                    Case No. 17-15877
                        Debtor                                         Reporting Period: July 2018

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-To-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)

In re Gloria Taddei                                              Case No.17-15877
             Debtor                        Reporting Period.: July 2018

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | $ | $ |
| Less:  Returns and Allowances | | |
| Net Revenue | $ | $ |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | | |
| Cost of Goods Sold | | |
| Gross Profit | | |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | | |
| Bad Debts | | |
| Contributions | | |
| Employee Benefits Programs | | |
| Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Office Expense | | |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | | |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | | |
| Supplies | | |
| Taxes - Payroll | | |
| Taxes - Real Estate | | |
| Taxes - Other | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other (attach schedule) | $2,334.38 | $22,178.66 |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Interest Expense | | |
| Other Expense (attach schedule) | $1,723.10 | $18,487.57 |
| Net Profit (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| Net Profit (Loss) | $ | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Gloria Taddei                                              Case No. 17-15877
        Debtor                       Reporting Period: July 2018

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re Gloria Taddei                                                    Case No. 17-15877
                          Debtor                                       Reporting Period: July 2018

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $1,650.23 | |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | | |
| Notes Receivable | | |
| Inventories | | |
| Prepaid Expenses | | |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | $1,000.00 | $1,000.00 |
| *TOTAL CURRENT ASSETS* | $2,650.23 | $ |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | $718,846.00 | $718,846.00 |
| Machinery and Equipment | | |
| Furniture, Fixtures and Office Equipment | $8,600.00 | $8,600.00 |
| Leasehold Improvements | | |
| Vehicles | $3,825.00 | $3,825.00 |
| Less Accumulated Depreciation | | |
| *TOTAL PROPERTY & EQUIPMENT* | $731,446.00 | $731,446.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | | |
| *TOTAL OTHER ASSETS* | $ | $ |
| **TOTAL ASSETS** | $734,096.23 | $ |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | | |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | $21,000.00 | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | $21,000.00 | $ |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | $1,244,348.80 | $1,244,348.80 |
| Priority Debt | | |
| Unsecured Debt | $63,521.70 | $63,521.70 |
| *TOTAL PRE-PETITION LIABILITIES* | $1,307,870.50 | $1,307,870.50 |
| *TOTAL LIABILITIES* | $1,328,870.50 | $ |
| *OWNER EQUITY* | | |
| Capital Stock | | |
| Additional Paid-In Capital | | |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | | |
| Retained Earnings - Postpetition | | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | ($573,774.27) | $ |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $734,096.23 | $ |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re

Debtor Gloria Taddei

Case No. 17-15877
Reporting Period: July 2018

**BALANCE SHEET - continuation sheet**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| Jewelry | 1000 | 1000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Gloria Taddei                                          Case No. 17-15877
        Debtor                          Reporting Period: July 2018

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
|   Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other:_____ | | | | | | |
| Other:_____ | | | | | | |
| **Total Postpetition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Debtor will pay arrears to mortgagee through agreement with mortgagee

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re Gloria Taddei
              Debtor

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | x |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | x | |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | x | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | x | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |

The Debtor has been operating using the normal pre-petition account.
The account listed is the Debtor's only account and is sparingly used.

 **Citizens Bank**

Checking Account
Statement

 OF  2

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning June 19, 2018
through July 18, 2018

US259  BR520                    7      1

GLORIA TADDEI
33 FAIRLAMB AVE
HAVERTOWN               PA   19083-2845

---

## Checking

### SUMMARY

### Balance Calculation

GLORIA TADDEI
**One Deposit Checking**
620391-954-7

| | |
|---|---|
| Previous Balance | 529.93 |
| Checks | 360.00 - |
| Withdrawals & Debits | 2,300.30 - |
| Deposits & Credits | 2,258.07 + |
| **Current Balance** | 127.70 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account
before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on August 16, 2018.

Previous Balance

529.93

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 5001 | 15.00 | 06/21 | 5036* | 100.00 | 06/22 |
| 5002 | 15.00 | 06/27 | 5062* | 150.00 | 06/25 |
| 5033* | 40.00 | 07/12 | 5063 | 15.00 | 07/18 |
| 5034 | 25.00 | 07/02 | | | |

⊖ Total Checks

360.00

### Withdrawals & Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 06/19 | 90.29 | 6269 Dbt Purchase - 000000 Colonial Market Havertown PA |
| 06/21 | 60.00 | 6269 ATM Cash - MI6297 Manoa, Havertown PA |
| 06/22 | 10.58 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |
| 06/22 | 81.10 | 6269 POS Debit - 311098 #00773 Acme Havertown PA |
| 06/28 | 43.45 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |
| 06/29 | 60.00 | 6269 ATM Cash - MI6297 Manoa, Havertown PA |
| 07/02 | 36.26 | 6269 Dbt Purchase - 000000 Colonial Market Havertown PA |
| 07/02 | 10.01 | 6269 Dbt Purchase - 221004 Carrabbas 8904 Springfiel D PA |
| 07/02 | 60.00 | 6269 ATM Cash - MI6297 Manoa, Havertown PA |
| 07/02 | 60.00 | 6269 ATM Cash - MI6297 Manoa, Havertown PA |
| 07/09 | 18.56 | 6269 POS Debit - V00129 Atlantic City Mays Landi Ng NJ |
| 07/09 | 33.23 | 6269 POS Debit - V00129 Atlantic City Mays Landi Ng NJ |
| 07/09 | 284.70 | 6269 POS Debit - 251008 Encompass Payment 800-262-92 62 IL |
| 07/09 | 65.99 | 6269 POS Debit - 281009 Comcast 800-Comcas T NJ |
| 07/09 | 612.30 | 6269 POS Debit - 001438 Cns Ibc Philadelph IA PA |
| 07/10 | 41.99 | 6269 POS Debit - 002 Southjerseygas Ez Folsom NJ |
| 07/11 | 23.27 | 6269 Dbt Purchase - 11172 Ruths Hallmark 17 Havertown PA |
| 07/11 | 37.42 | 6269 Dbt Purchase - 000000 Colonial Market Havertown PA |
| 07/11 | 15.39 | 6269 Dbt Purchase - 211009 Rite Aid Store - Ohavertown PA |

 **Citizens Bank**

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

 OF   2

Beginning June 19, 2018
through July 18, 2018

*Checking continued from previous page*

### ATM/Purchases (continued)

GLORIA TADDEI
**One Deposit Checking**
620391-954-7

| Date | Amount | Description |
|------|--------|-------------|
| 07/13 | 180.00 | 6269 ATM Cash - MI6297 Manoa, Havertown PA |
| 07/16 | 23.27 | 6269 Dbt Purchase - 11172 Ruths Hallmark 17 Havertown PA |

### Other Withdrawals & Debits

| Date | Amount | Description |
|------|--------|-------------|
| 06/21 | 284.97 | Prog Specialty Ins Prem 180621 Pol 905113456 |
| 07/10 | 98.42 | Peco Immediate Bill Pay 180709 13615001821 |
| 07/10 | 2.35 | Billmatrix Billpayfee 180709 13615001822 |
| 07/13 | 66.75 | Aqua Online Pmt 180712 Aq04iggo |

⊖ **Total Withdrawals & Debits**

2,300.30

### Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 06/21 | 750.00 | Deposit |
| 06/21 | 284.97 | Mobile Deposit |
| 07/03 | 1,223.10 | SSA Treas 310 Xxsoc Sec 070318 184228808d SSA |

⊕ **Total Deposits & Credits**

2,258.07

⊖ **Current Balance**

127.70

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06/19 | 439.64 | 06/29 | 654.51 | 07/11 | 452.72 |
| 06/21 | 1,114.64 | 07/02 | 463.24 | 07/12 | 412.72 |
| 06/22 | 922.96 | 07/03 | 1,686.34 | 07/13 | 165.97 |
| 06/25 | 772.96 | 07/09 | 671.56 | 07/16 | 142.70 |
| 06/27 | 757.96 | 07/10 | 528.80 | 07/18 | 127.70 |
| 06/28 | 714.51 | | | | |

### NEWS FROM CITIZENS

--Still writing checks for your bills? Try Bill Pay through Online Banking to quickly and easily pay your bills and manage your accounts. Plus, view check images in Online Banking as soon as they are paid to stay on top of your finances.

--Introducing our new student checking account! Available only to students and young adults under 25. There is no monthly maintenance fee while the individual is under 25 and the $3.99 monthly maintenance fee will apply once they turn 25. For more information or to open an account, visit citizensbank.com/studentchecking, call 888-821-3900 or stop by a local branch. Member FDIC.

Member FDIC   Equal Housing Lender

**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement
$ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

+ $ _____ Total of 2

**3** Subtotal by adding 1 and 2
= $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

− $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance
= $ _____ Total

**CUSTOMER SERVICE**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts Are Non-Transferable**
Personal deposits accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

**Loan Statements**

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions about Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

*Special Rule for Credit Card Purchases*
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

**ELECTRONIC TRANSFERS**

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided above as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

**FINANCE CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Negative Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

Citizens Bank is a division of Citizens Bank, N.A.
Citizens Bank of Pennsylvania is a separate bank and not part of Citizens Bank, N.A.
CS#CP0T2013L_470556  Rev. 4/27/15

 Citizens Bank

Checking Account
Statement

 OF  2

**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning July 19, 2018
through August 16, 2018

US259  BR520              4      1

GLORIA  TADDEI
33  FAIRLAMB  AVE
HAVERTOWN                PA    19083-2845

---

## Checking

### SUMMARY

### Balance Calculation

| | |
|---|---|
| Previous Balance | 127.70 |
| Checks | 126.96 - |
| Withdrawals & Debits | 1,316.53 - |
| Deposits & Credits | 1,723.10 + |
| **Current Balance** | 407.31 = |

GLORIA TADDEI
**One Deposit Checking**
620391-954-7

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account
before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on September 19, 2018.

**Previous Balance**

127.70

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 5038 | 10.00 | 08/16 | 5069* | 31.96 | 07/27 |
| 5039 | 75.00 | 08/13 | 5071* | 10.00 | 08/01 |

⊖ **Total Checks**

126.96

### Withdrawals & Debits

#### ATM/Purchases

| Date | Amount | Description |
|---|---|---|
| 07/20 | 80.99 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |
| 07/23 | 46.77 | 6269 POS Debit - 469858 Colonial Marke Havertown PA |
| 07/24 | 65.99 | 6269 ATM Cash - Scs4ty Harrah's Philadelpchester PA |
| 07/24 | 3.00 | Non-Citizens ATM Fee - Scs4ty Harrah's Philadelpchester PA |
| 07/25 | 10.00 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |
| 07/27 | 23.29 | 6269 Dbt Purchase - 291008 Carrabbas 8904 Springfiel D PA |
| 07/30 | 49.82 | 6269 Dbt Purchase - 718716 Giampinos Cucina Havertown PA |
| 07/31 | 82.06 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |
| 08/01 | 11.27 | 6269 Dbt Purchase - 000000 Colonial Market Havertown PA |
| 08/06 | 12.70 | 6269 Dbt Purchase - 129258 Dinos Subs & Pizzamargate Ci Ty N |
| 08/08 | 24.17 | 6269 Dbt Purchase - 000000 Colonial Market Havertown PA |
| 08/10 | 43.46 | 6269 Dbt Purchase - 000000 Ulta #907 Bolingbroo K IL |
| 08/10 | 77.41 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |
| 08/10 | 64.81 | 6269 Dbt Purchase - 241001 Giant 6442 Havertown PA |
| 08/15 | 25.00 | 6269 Dbt Purchase - 221008 Rite Aid Store - 0havertown PA |
| 08/16 | 22.62 | 6269 Dbt Purchase - 1 #00773 Acme Havertown PA |
| 08/16 | 23.20 | 6269 Dbt Purchase - 12 Applebees 99814983havertow PA |
| 08/16 | 61.00 | 6269 POS Debit - 311098 #00773 Acme Havertown PA |

 Citizens Bank



**1-888-910-4100**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

Beginning July 19, 2018
through August 16, 2018

*Checking continued from previous page*

### Other Withdrawals & Debits

| Date | Amount | Description |
|------|--------|-------------|
| 07/26 | 150.00 | Comcast Cable 180725 6134953 |
| 07/31 | 72.55 | Atlantic Electri Checkpaymt 180730 Check # 0000005068 |
| 08/02 | 35.00 | Overdraft Fee ( 1 At $35 ) |
| 08/13 | 46.72 | Aqua Online Pmt 180812 Aq04n5x4 |
| 08/14 | 284.70 | Encompass Ins   Checkpaymt 180813 Check # 0000005037 |

GLORIA TADDEI
**One Deposit Checking**
620391-954-7

**Total Withdrawals & Debits**

1,316.53

|  | Total For This Period | Total Year-To-Date |
|--|-----------------------|--------------------|
| **Total Overdraft Fees** | 35.00 | 35.00 |
| **Total Returned Item Fees** | .00 | .00 |

### Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 07/19 | 500.00 | Mobile Deposit |
| 08/03 | 1,223.10 | SSA Treas 310 Xxsoc Sec 080318 184228808d SSA |

**Total Deposits & Credits**

1,723.10

**Current Balance**

407.31

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/19 | 627.70 | 07/30 | 165.88 | 08/08 | 1,141.23 |
| 07/20 | 546.71 | 07/31 | 11.27 | 08/10 | 955.55 |
| 07/23 | 499.94 | 08/01 | -10.00 | 08/13 | 833.83 |
| 07/24 | 430.95 | 08/02 | -45.00 | 08/14 | 549.13 |
| 07/25 | 420.95 | 08/03 | 1,178.10 | 08/15 | 524.13 |
| 07/26 | 270.95 | 08/06 | 1,165.40 | 08/16 | 407.31 |
| 07/27 | 215.70 | | | | |

### NEWS FROM CITIZENS

--Introducing our new student checking account!  Available only to students and young adults
under 25.  There is no monthly maintenance fee while the individual is under 25 and the $3.99
monthly maintenance fee will apply once they turn 25. For more information or to open an
account, visit citizensbank.com/studentchecking, call 888-821-3900 or stop by a local branch.
Member FDIC.
--Why wait for a statement to see your banking activity? Download our Mobile Banking App
today to manage your money when it is convenient for you. *Wireless carrier charges may
apply.

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____ Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(+) $ _____ Total of 2

**3** Subtotal by adding 1 and 2

(=) $ _____ Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|-----------------|--------|-----------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(−) $ _____ Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance

(=) $ _____ Total

### CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
**Customer Service Center**
P.O. Box 42001
Providence, RI 02940-2001

**Deposit Accounts Are Non-Transferable**
Personal deposits accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

**Loan Statements**

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions about Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

**ELECTRONIC TRANSFERS**

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided above as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

**FINANCE CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Negative Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

Citizens Bank is a division of Citizens Bank, N.A.
Citizens Bank of Pennsylvania is a separate bank and not part of Citizens Bank, N.A.
CS#OPDT2015L_470558   Rev. 4/27/15

**Check Register**

| Number | Clear Date | Amount | Payee | Purpose |
|--------|-----------|--------|-------|---------|
| 4196 | 1/9/2018 | $612.30 | Blue Cross & Blue Shield | Insurance |
| 4197 | 1/11/2018 | $196.43 | PECO Electric | Utility |
| 4198 | 1/5/2018 | $151.73 | Comcast | Utility |
| 4200 | 1/17/2018 | $10.00 | St. Puis | Charitable Donation |
| 4234 | 2/5/2018 | $100.00 | Lisa Taddei | Reimbursement for Food |
| 4238 | 2/21/2018 | $50.00 | Lisa Taddei | Reimbursement for Food |
| 4241 | 3/15/2018 | $3,500.00 | Sunrise of Haverford | Assisted Living |
| 4244 | 3/13/2018 | $1,600.00 | Mike Katrakazis | Home Rennovation |
| 4245 | 3/15/2018 | $4,000.00 | Sunrise of Haverford | Assisted Living |
| 4243 | 3/30/2018 | $2,000.00 | Sunrise of Haverford | Assisted Living |
| 4246 | 4/16/2018 | $50.00 | Sunrise of Haverford | Haircut |
| 4247 | 3/26/2018 | $50.00 | Sunrise of Haverford | Haircut |
| 4248 | 4/16/2018 | $20.00 | Sunrise of Haverford | Pedicure |
| 4250 | 4/16/2018 | $27.59 | South Jersey Gas | Utility |
| 4251 | 4/16/2018 | $15.77 | St. Jude | Religious Item |
| 4249 | 5/15/2018 | $50.00 | Gina Taddei | Reimbursement for Food |
| 4252 | 4/27/2018 | $50.00 | Lisa Taddei | Reimbursement for Food |
| 4253 | 5/11/2018 | $9.00 | Sunrise of Haverford | Assisted Living |
| 4254 | 5/11/2018 | $20.00 | The Quadrangle | Assisted Living |
| 4257 | 5/10/2018 | $684.25 | Bayada Home Health | Home Health Care |
| 4259 | 5/3/2018 | $112.00 | Lisa Taddei | Reimbursement for house supplies |
| 4260 | 5/15/2018 | $27.87 | Lisa Taddei | Reimbursement for house supplies |
| 5000 | 6/5/2018 | $15.00 | St. Pius X | Charitable Donation |
| 5003 | 6/5/2018 | $15.00 | St. Pius X | Charitable Donation |
| 5004 | 6/15/2018 | $15.00 | St. Pius X | Charitable Donation |
| 6005 | 6/15/2018 | $25.00 | Jaclyn | Gift |
| 5030 | 6/12/2018 | $10.00 | St. Pius X | Charitable Donation |
| 5031 | 6/12/2018 | $10.00 | St. Pius X | Charitable Donation |
| 6032 | 6/12/2018 | $10.00 | St. Pius X | Charitable Donation |
| 5035 | 6/18/2018 | $20.00 | Thuymy Nguyen | Pedicure |
| 5061 | 6/18/2018 | $920.00 | Bayada | Home Health Care |
| 5090 | 6/15/2018 | $15.00 | Bayada | Home Health Care |
| 5001 | 6/21/2018 | $15.00 | St. Piux X | Charitable Donation |
| 5002 | 6/27/2018 | $15.00 | St. Piux X | Charitable Donation |
| 5033 | 7/12/2018 | $40.00 | Neta Pirolle | Gift |
| 5034 | 7/2/2018 | $25.00 | Father Walker | Gift |
| 5036 | 6/22/2018 | $100.00 | J2 Salon | Haircut |
| 5062 | 6/25/2018 | $150.00 | Laura & Dan Padula | Gift |
| 5063 | 7/18/2018 | $15.00 | Covenant of Divine Love | Charitable Donation |
| 5038 | 8/16/2018 | $10.00 | Covenant of Divine Love | Charitable Donation |
| 5039 | 8/13/2018 | $75.00 | Joe Edwards | Home Repairs |
| 5069 | 7/27/2018 | $31.96 | South Jersey Gas | Utilities |
| 5071 | 8/1/2018 | $10.00 | Convent of Divine Love | Charitable Donation |

| 5040 | 8/20/2018 | $75.00 | Joe Edwards | Dryer Repair |
|------|-----------|--------|-------------|--------------|
| 5042 | 9/5/2018 | $25.00 | Gift Card Visa | Gift |
| 5043 | 8/17/2018 | $120.00 | Acme | Food |
| 5044 | 8/21/2018 | $15.00 | St. Pius X | Charitable Donation |
| 5045 | 8/21/2018 | $15.00 | St. Piux X | Charitable Donation |
| 5046 | 8/23/2018 | $170.37 | Comcast Cable | Utilities |
| 5047 | 9/7/2018 | $60.00 | Gift Card Visa | Gift |
| 5049 | 9/14/2018 | $612.30 | Blue Cross & Blue Shield | Health Insurance |
| 5050 | 9/7/2018 | $208.30 | Peco Electric | Electric Service |
| 5051 | 9/19/2018 | $15.00 | Covenant of Divine Love | Charitable Donation |
| 5066 | 8/27/2008 | $35.00 | Covenant of Divine Love | Charitable Donation |