UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| GLORIA TADDEI | Case No. 17-15877 (MDC) |
| Debtor. | |

## ORDER

AND NOW, this __1st__ day of __November__, 2018, upon consideration of the First Interim Application of Flaster/Greenberg, P.C. for Compensation for Legal Services Rendered as Counsel for the Debtor and for Reimbursement of Expenses for the period January 4, 2018, through July 31, 2018, and after notice and opportunity for hearing, it is

ORDERED that Flaster/Greenberg, P.C., as counsel for the Debtor, is hereby allowed the sum of $ __14,176.50__ as compensation for legal fees and the sum of $ __10.45__ for reimbursement of expenses for the time period January 4, 2018, through July 31, 2018.

BY THE COURT:

_/s/ Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Interested Parties on the next page

6855918 v1

Harry J. Giacometti, Esquire
Damien Nicholas Tancredi, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405

Gloria Taddei
33 Fairlamb Avenue
Havertown, PA 19083-2845

6855918 v1