```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                                  Case No. 17-15877-mdc
Gloria Taddei                                                           Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina              Page 1 of 1              Date Rcvd: Nov 02, 2018
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
db           Gloria Taddei,    33 Fairlamb Avenue,    Havertown, PA   19083-2845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                     Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2018 at the address(es) listed below:
              DAMIEN NICHOLAS TANCREDI    on behalf of Attorney    Flaster/Greenberg P.C.
               Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Gloria   Taddei
               Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Plaintiff Gloria   Taddei
               Damien.Tancredi@flastergreenberg.com,    damien.tancredi@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES,
               SERIES 2005-FM1 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Gloria   Taddei ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Gloria   Taddei ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Gloria   Taddei ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| GLORIA TADDEI | Case No. 17-15877 (MDC) |
| Debtor. | |

## ORDER

AND NOW, this __1st__ day of __November__, 2018, upon consideration of the First Interim Application of Flaster/Greenberg, P.C. for Compensation for Legal Services Rendered as Counsel for the Debtor and for Reimbursement of Expenses for the period January 4, 2018, through July 31, 2018, and after notice and opportunity for hearing, it is

ORDERED that Flaster/Greenberg, P.C., as counsel for the Debtor, is hereby allowed the sum of $ __14,176.50__ as compensation for legal fees and the sum of $ __10.45__ for reimbursement of expenses for the time period January 4, 2018, through July 31, 2018.

BY THE COURT:

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Interested Parties on the next page

6855918 v1

Harry J. Giacometti, Esquire
Damien Nicholas Tancredi, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405

Gloria Taddei
33 Fairlamb Avenue
Havertown, PA 19083-2845

6855918 v1