UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| GLORIA TADDEI, | Case No. 17-15877 (mdc) |
| Debtor. | |

## ORDER

AND NOW, this ___13th___ day of ___November___, 2018, upon consideration of the Debtor's Chapter 11 Plan (the "Plan"), and the Plan having been transmitted to creditors and equity security holders, if any, and in consideration of the Amended Report of Plan Voting filed in this case, in consideration of the Order Approving Late Ballot, and any objections to the Plan being overruled or withdrawn, and after notice and an opportunity for a hearing, and the Court having concluded that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied, and for other good cause shown, it is hereby

**ORDERED** that the Plan is **CONFIRMED**, and it is further

**ORDERED** that a copy of the confirmed Plan is attached hereto, subject to the following revision. The Holder of the Class 2 Claim, HSBC Bank USA National Association, shall be paid in full, commencing on the date which is thirty (30) days after the Effective Date, in three hundred sixty (360) equal monthly installments of principal and interest at a fixed rate of five and seventy-five hundredths percent (5.75%), accumulated unpaid escrow payments, and new escrow payments. The current secured balance is $442,423.15. Except as otherwise provided, the Debtor shall comply with all terms and conditions set forth in the Note evidencing the Debtor's obligation to HSBC Bank USA National Association. The principal, interest, and accumulated escrow payments shall equal $2,581.86 per month, while the ongoing escrow

6972823 v1

payments shall be $1,001.99. The ongoing escrow payments are subject to adjustment throughout the repayment period; and it is

**ORDERED**, that the Debtor shall continue to make all required payments pursuant to 28 U.S.C. § 1930 to the Office of the United States Trustee until the case is closed, dismissed, or converted.

It is on this __13th__ day of __November__, 2018,

BY THE COURT:

_____
Magdeline D. Coleman
United States Bankruptcy Judge

6972823 v1