United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15877-mdc
Gloria Taddei                                                             Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2           Date Rcvd: Nov 15, 2018
                              Form ID: pdf900         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db              Gloria Taddei,    33 Fairlamb Avenue,    Havertown, PA 19083-2845
aty            +ASHLEY ALBINO,    Robertson Anschutz & Schneid PL,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
cr             +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
cr             +Nationstar Mortgage LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
                 Boca Raton,, FL 33487-2853
cr              Quantum3 Group LLC as agent for,    Department Store National Bank,    PO Box 657,
                 Kirkland, WA 98083-0657
13994555        BANK OF AMERICA,    PO BOX 31690,    TAMPA FLORIDA 33631-3690
13994556        CHAMPION MORTGAGE,    PO Box619093,    Dallas TX 75261-9093
14029092        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
13994561       +ENVIRONMENTAL RECYCLING CORP INC,    720 PINE RIDGE RD,    MEDIA PA 19063-1720
13994562       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13994563       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13983445       +HSBC BANK USA, NATIONAL ASSOCIATION,,    FOR NOMURA HOME EQUITY LOAN 2005-FM1,
                 c/o MATTEO SAMUEL WEINER,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13977852       +HSBC Bank,    PO Box 81622,    Salinas, CA 93912-1622
14008186        HSBC Bank USA, National Association,    c/o Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
13994565       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13977853       +McCabe Weisberg & Conway PC,    123 South Broad Street, Suite 1400,    Philadelphia PA 19109-1060
13994566       +McCabe, Weisberg & Conway,    123 South Broad Street,    Suite 1400,
                 Philadelphia, PA 19109-1060
14047699       +NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE CO,    8950 Cypress Waters Blvd.,
                 Coppell  TX 75019-4620
13977854       +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13977855       +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    PO Box 660360,
                 Dallas, TX 75266-0360
13994567        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13994569       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13977856        Parker McCay,    900 Midlantic Avenue,    Suite 300,    Mount Laurel, NJ 08054
13994572       +SUNBRIDGE CAPITAL INC,    6300 NAIL AVE,    MISSION KS 66202-4335
13994573       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13977857       +Visa Dept Store National Bank,    Attn: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:15     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 03:23:54     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13994559        E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:14     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13994560        E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:14     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
13994557       +E-mail/Text: ecf@ccpclaw.com Nov 16 2018 03:23:45     Cibik & Cataldo, P.C.,
                 1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14054225       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2018 03:23:59     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13994568        E-mail/Text: bankruptcygroup@peco-energy.com Nov 16 2018 03:23:59     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13994570        RICHARD NEGRO
13994571        STACEY K TADDEI
13994558*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13994564*       I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2              User: John                  Page 2 of 2                   Date Rcvd: Nov 15, 2018
                                  Form ID: pdf900             Total Noticed: 35
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              DAMIEN NICHOLAS TANCREDI    on behalf of Debtor Gloria   Taddei
               Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Plaintiff Gloria   Taddei
               Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              DAMIEN NICHOLAS TANCREDI    on behalf of Attorney    Flaster/Greenberg P.C.
               Damien.Tancredi@flastergreenberg.com, damien.tancredi@ecf.inforuptcy.com
              KEVIN G. MCDONALD    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 bkgroup@kmllawgroup.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTEO SAMUEL WEINER     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES,
               SERIES 2005-FM1 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Gloria   Taddei ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2     on behalf of Debtor Gloria   Taddei ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Gloria   Taddei ecf@ccpclaw.com, igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| GLORIA TADDEI, | : Case No. 17-15877 (mdc) |
| | : |
| Debtor. | : |
| | : |

## ORDER

AND NOW, this _13th_ day of _November_, 2018, upon consideration of the Debtor's Chapter 11 Plan (the "Plan"), and the Plan having been transmitted to creditors and equity security holders, if any, and in consideration of the Amended Report of Plan Voting filed in this case, in consideration of the Order Approving Late Ballot, and any objections to the Plan being overruled or withdrawn, and after notice and an opportunity for a hearing, and the Court having concluded that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) have been satisfied, and for other good cause shown, it is hereby

**ORDERED** that the Plan is **CONFIRMED**, and it is further

**ORDERED** that a copy of the confirmed Plan is attached hereto, subject to the following revision. The Holder of the Class 2 Claim, HSBC Bank USA National Association, shall be paid in full, commencing on the date which is thirty (30) days after the Effective Date, in three hundred sixty (360) equal monthly installments of principal and interest at a fixed rate of five and seventy-five hundredths percent (5.75%), accumulated unpaid escrow payments, and new escrow payments. The current secured balance is $442,423.15. Except as otherwise provided, the Debtor shall comply with all terms and conditions set forth in the Note evidencing the Debtor's obligation to HSBC Bank USA National Association. The principal, interest, and accumulated escrow payments shall equal $2,581.86 per month, while the ongoing escrow

6972823 v1

payments shall be $1,001.99. The ongoing escrow payments are subject to adjustment throughout the repayment period; and it is

**ORDERED**, that the Debtor shall continue to make all required payments pursuant to 28 U.S.C. § 1930 to the Office of the United States Trustee until the case is closed, dismissed, or converted.

It is on this _13th_ day of _November_, 2018,

BY THE COURT:

_Magdeline D. C_____
Magdeline D. Coleman
United States Bankruptcy Judge

2

6972823 v1