United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gloria Taddei
    Debtor

Case No. 17-15877-mdc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 1      Date Rcvd: Mar 28, 2019
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
db         Gloria Taddei,    33 Fairlamb Avenue,    Havertown, PA 19083-2845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2019 02:45:12     U.S. Attorney Office,
          c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
        DAMIEN NICHOLAS TANCREDI   on behalf of Attorney   Flaster/Greenberg P.C.
         Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
        DAMIEN NICHOLAS TANCREDI   on behalf of Debtor Gloria  Taddei
         Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
        DAMIEN NICHOLAS TANCREDI   on behalf of Plaintiff Gloria  Taddei
         Damien.Tancredi@flastergreenberg.com,  damien.tancredi@ecf.inforuptcy.com
        KEVIN G. MCDONALD   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com
        KEVIN P. CALLAHAN   on behalf of U.S. Trustee   United States Trustee kevin.p.callahan@usdoj.gov
        MATTEO SAMUEL WEINER   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com
        MICHAEL A. CATALDO2   on behalf of Plaintiff Gloria  Taddei ecf@ccpclaw.com, igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2   on behalf of Debtor Gloria  Taddei ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2   on behalf of Debtor Gloria  Taddei ecf@ccpclaw.com,  igotnotices@ccpclaw.com
        REBECCA ANN SOLARZ   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                         TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  CHAPTER 11

GLORIA TADDEI  :  Case No. 17-15877 (MDC)

Debtor.  :

## ORDER

AND NOW, this __28th__ day of _____March_____, 2019, upon consideration of the Second Interim Application of Flaster/Greenberg, P.C. for Compensation for Legal Services Rendered as Counsel for the Debtor and for Reimbursement of Expenses for the period August 1, 2018, through January 31, 2019, and after notice and opportunity for hearing, it is

ORDERED that Flaster/Greenberg, P.C., as counsel for the Debtor, is hereby allowed the sum of $ __7,268.00__ as compensation for legal fees and the sum of $ __168.79__ for reimbursement of expenses for the time period August 1, 2018, through January 31, 2019.

BY THE COURT:

*Magdeline D. Coleman*

HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Interested Parties on the next page

7105743 v1

Harry J. Giacometti, Esquire
Damien Nicholas Tancredi, Esquire
Flaster/Greenberg P.C.
1835 Market Street, Suite 1050
Philadelphia, PA 19103

Kevin P. Callahan, Esquire
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107-4405

Gloria Taddei
33 Fairlamb Avenue
Havertown, PA 19083-2845

7105743 v1