**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Gloria Taddei          Bank: Citizens Bank

Bankruptcy Number: 17-15877          Account Number: 954-7

Date of Confirmation: November 13, 2018    Account Type: Checking

Reporting Period (month/year): 11/2018-12/2018

    Beginning Cash Balance:          $ 1,031.09

All receipts received by the debtor:

    Cash Sales:          $ 1,268.29

    Collection of Accounts Receivable:          $

    Proceeds from Litigation (settlement or otherwise):          $

    Sale of Debtor's Assets:          $

    Capital Infusion pursuant to the Plan:          $

    Total of cash received:          $

Total of cash available:          $ 2,299.42

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:          $

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:          $

    All other disbursements made in the ordinary course:          $ 2,036.11

    Total Disbursements          $ 2,036.11

Ending Cash Balance          $ 263.31

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____ *Gloria Taddei* (signature)

Date                    Name/Title

Debtor: Gloria Taddei

Case Number: 17-15877