# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| GLORIA TADDEI, | : | Case No. 17-15877 (mdc) |
| | : | |
| Debtor. | : | |
| _____ | : | |

## CERTIFICATION OF DEBTOR'S COUNSEL

I, Damien Nicholas Tancredi, undersigned counsel to Gloria Taddei (the "Debtor") hereby certify to the following:

1. On July 22, 2019, the Debtor filed a Motion to Close Chapter 11 Case and Enter Final Decree Subject to the Right to Reopen the Case to Grant a Discharge (the "Motion") [Docket No. 105].

2. The Debtor filed her Monthly Operating Report for September 2018 on October 31, 2018 [Docket No. 80].

3. The Debtor filed her first Post-Confirmation Quarterly Summary Report on April 15, 2019 [Docket No. 102].

WHEREFORE, the Debtor respectfully request that this Court enter the Order filed with the Motion.

Date: August 8, 2019               FLASTER/GREENBERG P.C.

                          By:   */s/ Damien Nicholas Tancredi*
                                Damien Nicholas Tancredi Esquire
                                1835 Market Street, Suite 1050
                                Philadelphia, PA 19103
                                Tel: (215) 587-5675
                                Email: damien.tancredi@flastergreenberg.com
                                *Attorneys for Debtor*

7331781 v1