# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| GLORIA TADDEI, | : | Case No. 17-15877 (mdc) |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER APPROVING MOTION OF DEBTORS TO CLOSE CHAPTER 11 CASE AND ENTER FINAL DECREE SUBJECT TO THE RIGHT TO REOPEN THE CASE TO GRANT A DISCHARGE

AND NOW, this 27th day of August, 2019, upon consideration of the Motion of Debtor to Close Chapter 11 Case and Enter Final Decree Subject to the Right to Reopen the Case to Grant a Discharge and any responses thereto, it is

ORDERED AND DECREED that

1. The Motion is APPROVED.

2. The above-captioned bankruptcy case is hereby CLOSED, subject to the right of the Debtors to reopen their case to seek a discharge consistent with their confirmed plan.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

7331774 v1