## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Gloria Taddei,

               Debtor.

Case No. 17-15877-mdc

Chapter 11

### Notice of Withdrawal of Appearance

**PLEASE TAKE NOTICE** that although notice was not filed contemporaneously, Michael A. Cibik, Michael A. Cataldo, and Cibik Law, P.C. f/k/a Cibik & Cataldo, P.C., withdrew as counsel to the Debtor in this matter on December 6, 2017, when Damien Tancredi entered his appearance for the Debtor.

Dated: March 24, 2022

CIBIK LAW, P.C.

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com