**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Gloria Taddei<br>             Debtor(s) | CHAPTER 11 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1<br>             Movant<br>     vs.<br>Gloria Taddei<br>             Debtor(s)<br><br>Kevin P. Callahan<br>             Trustee | NO. 17-15877 MDC |

## **ORDER**

AND NOW, this  21st  day of     April    2022, it is: ORDERED THAT Movant's Motion to Re-Open Case is hereby GRANTED and it is FURTHER  ORDERED  THAT  the  Chapter  11  case  of  Gloria  Taddei  is  Re-Opened  and  the Stipulation filed with Movant's Motion is hereby approved.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge