United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15877-mdc |
| Gloria Taddei | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2022 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gloria Taddei, 33 Fairlamb Avenue, Havertown, PA 19083-2845 |
| aty | + | ASHLEY ALBINO, Robertson Anschutz & Schneid PL, 6409 Congress Ave. Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | BANK OF AMERICA, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 22 2022 23:55:00 | Nationstar Mortgage LLC, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487-2853 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 23:55:00 | Quantum3 Group LLC as agent for, Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 24, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAMIEN NICHOLAS TANCREDI | on behalf of Attorney Flaster/Greenberg P.C. Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: pdf900 | Total Noticed: 5 |

**DAMIEN NICHOLAS TANCREDI**
on behalf of Debtor Gloria Taddei Damien.Tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

**DAMIEN NICHOLAS TANCREDI**
on behalf of Plaintiff Gloria Taddei Damien.Tancredi@flastergreenberg.com  damien.tancredi@ecf.inforuptcy.com

**KEVIN G. MCDONALD**
on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com

**KEVIN P. CALLAHAN**
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

**MATTEO SAMUEL WEINER**
on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com

**MICHAEL A. CATALDO**
on behalf of Plaintiff Gloria Taddei mcataldo@gsbblaw.com rbennett@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

**REBECCA ANN SOLARZ**
on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gloria Taddei<br>　　　　　　　Debtor(s) | CHAPTER 11 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1<br>　　　　　　　Movant<br>　　vs.<br>Gloria Taddei<br>　　　　　　　Debtor(s)<br>Kevin P. Callahan<br>　　　　　　　Trustee | NO. 17-15877 MDC |

## ORDER

AND NOW, this 21st day of April 2022, it is: ORDERED THAT Movant's Motion to Re-Open Case is hereby GRANTED and it is FURTHER ORDERED THAT the Chapter 11 case of Gloria Taddei is Re-Opened and the Stipulation filed with Movant's Motion is hereby approved.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge