United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-15877-mdc
Gloria Taddei  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: May 10, 2022  Form ID: pdf900  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gloria Taddei, 33 Fairlamb Avenue, Havertown, PA 19083-2845 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAMIEN NICHOLAS TANCREDI | on behalf of Attorney Flaster/Greenberg P.C. Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| DAMIEN NICHOLAS TANCREDI | on behalf of Debtor Gloria Taddei Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| DAMIEN NICHOLAS TANCREDI | on behalf of Plaintiff Gloria Taddei Damien.Tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com |
| KEVIN G. MCDONALD | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| MATTEO SAMUEL WEINER | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com |
| MICHAEL A. CATALDO | on behalf of Plaintiff Gloria Taddei mcataldo@gsbblaw.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 10, 2022 | Form ID: pdf900 | Total Noticed: 1 |

rbennett@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

REBECCA ANN SOLARZ

on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Bky. No. 17-15877mdc |
| Gloria Taddei | : | |
| Debtor | : | |

## ORDER

AND NOW, it appearing that the above referenced case was reopened, and, it further appearing that administration of this case has been completed, it is,

ORDERED, that the above referenced case is hereby CLOSED.

May 9, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE