## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gloria Taddei<br>                      Debtor(s) | CHAPTER 11 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1<br>                      Movant<br>    vs.<br>Gloria Taddei<br>                      Debtor(s)<br>Kevin P. Callahan<br>                      Trustee | NO. 17-15877 MDC |

### ORDER

AND NOW, this 14th day of September 2022, it is:

ORDERED THAT Movant's Motion to Re-Open Case is hereby GRANTED and it is

FURTHER ORDERED THAT the Chapter 11 case of Gloria Taddei is Re-Opened so that an Order granting relief may be entered pursuant to the Certification of Default filed concurrently with Movant's Motion to Re-Open.

 

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.