## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Gloria Taddei<br>                    Debtor(s)<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1<br>                    Movant<br>          vs.<br><br>Gloria Taddei<br>                    Debtor(s)<br><br>Kevin P. Callahan<br>                    Trustee | Chapter 11<br><br><br>NO. 17-15877 MDC |

## ORDER

AND NOW, this  17th  day of    October    2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on  April 21, 2022 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under <u>11 U.S.C. Sections 362</u> and <u>1301</u> of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. <u>11 U.S.C. Sections 362</u> and <u>1301</u> (if applicable), is modified to allow HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 and its successor in title to proceed with any and all remedies permitted under applicable non-bankruptcy law regarding the premises 14 South Madison Avenue Margate , NJ 08402.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE