United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gloria Taddei  
    Debtor

Case No. 17-15877-mdc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 17, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Gloria Taddei, 33 Fairlamb Avenue, Havertown, PA 19083-2845 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2022 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAMIEN NICHOLAS TANCREDI  
    on behalf of Attorney Flaster/Greenberg P.C. damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

DAMIEN NICHOLAS TANCREDI  
    on behalf of Debtor Gloria Taddei damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

DAMIEN NICHOLAS TANCREDI  
    on behalf of Plaintiff Gloria Taddei damien.tancredi@flastergreenberg.com damien.tancredi@ecf.inforuptcy.com;nicole.pettit@flastergreenberg.com

KEVIN G. MCDONALD  
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com

KEVIN P. CALLAHAN

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Oct 17, 2022 Form ID: pdf900 Total Noticed: 1

    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

MATTEO SAMUEL WEINER

    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 bkgroup@kmllawgroup.com

MICHAEL A. CATALDO

    on behalf of Plaintiff Gloria Taddei mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gloria Taddei<br>　　　　　　　　Debtor(s)<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1<br>　　　　　　　　Movant<br>　　　vs.<br><br>Gloria Taddei<br>　　　　　　　　Debtor(s)<br><br>Kevin P. Callahan<br>　　　　　　　　Trustee | Chapter 11<br><br><br>NO. 17-15877 MDC |

## ORDER

AND NOW, this **17th** day of **October** 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on **April 21, 2022 it is ORDERED AND DECREED that:**

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-FM1 and its successor in title to proceed with any and all remedies permitted under applicable non-bankruptcy law regarding the premises 14 South Madison Avenue Margate , NJ 08402.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE